**UNITED STATES Of America,**
**Plaintiff—Appellee,**

v.

**David VASQUEZ–CAMPOS,**
**Defendant—Appellant.**

No. 02–10264.
D.C. No. CR–01–00278–KJD.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM**

David Vasquez–Campos appeals the sentence imposed following his guilty plea

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

conviction for unlawful reentry of deported alien, in violation of 8 U.S.C. § 1326. Vasquez–Campos contends that under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court deprived him of due process by imposing a sentence greater than 8 U.S.C. § 1326(a)'s two-year maximum based on his prior aggravated felony, where he did not admit to having committed a prior criminal offense which would qualify as an aggravated felony.

Vasquez–Campos states that he presents the issue merely to preserve it in the event of ensuing favorable Supreme Court precedent, and acknowledges that his argument is foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2001). Accordingly, the sentence is

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.